

**U. S. Department of Justice**

Federal Bureau of Prisons

*Federal Correctional Complex*

---

*Federal Medical Center*
*P. O. Box 1600*
*Butner, NC 27509*
*(919) 575-3900*

**FILED**
ASHEVILLE, N. C.

JUL 1 1 2006

U.S. DISTRICT COURT
W. DIST. OF N. C.

June 23, 2006

The Honorable Dennis L. Howell
Western District of North Carolina
301 U. S. Courthouse
100 Otis Street
Asheville, NC 28011-2611

RE: Backer, Curtis Andrew
    Register Number:    18414-058
    Docket Number:    1:03cr109

Dear Judge Howell:

The above-referenced individual was admitted to the Mental Health Unit of this facility on May 25, 2006, pursuant to the provisions of Title 18, United States Code, Section 4241(d).

Currently, the assigned Treatment Team members are conducting interviews and psychological testing with Mr. Backer, which are necessary to complete his evaluation. In order to provide the Court with a comprehensive evaluation, I respectfully request that his evaluation period begin on the date of his arrival at this institution. If this request is granted, the evaluation period will end on September 21, 2006. My staff will attempt to complete the evaluation as soon as possible and have a final report to the Court within 14 days of the end date. If you concur, please forward a copy of the amended Order by fax machine to (919) 575-4866 to the attention of Inmate Systems Management and send a certified copy to the Records Office at FMC Butner.

I thank you in advance for your assistance in this matter. If you are in need of additional information, please contact me.

Respectfully,

A.F. Beeler, Warden
FCC, Butner (Medical)

AFB/kfs

(GRANTED)/DENIED (Circle One)

Signature: _____    DATE: 7 July 2006
    Magistrate Judge Dennis L. Howell

cc: Jill Rose, Assistant United States Attorney
    Jason Hayes, Attorney